## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

*Judge Kessler*

| United States District Court | District **OF COLUMBIA** |
|---|---|
| Name (under which you were convicted): **Darryl A. Carter** | Docket or Case No.: **CR-04-155** |
| Place of Confinement: **U.S.P. Atlanta, P.O. Box 150160** | Prisoner No.: **11844-016** |
| UNITED STATES OF AMERICA  v.  **Darryl A. Carter** | Movant (include name under which you were convicted) |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   **United States District Court, Washington, D.C.**

   CASE NUMBER 1:05CV01330
   JUDGE: Gladys Kessler
   DECK TYPE: Habeas Corpus/2255
   DATE STAMP: 07/01/2005

   (b) Criminal docket or case number (if you know): **Cr-**

2. (a) Date of the judgment of conviction (if you know): **S**

   (b) Date of sentencing: **September 14, 2004**

3. Length of sentence: **160 months plus 120 months consecutive**

4. Nature of crime (all counts): _____
   **18 U.S.C., Sections 1951 and 924(c)**

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☒

**RECEIVED**

JUN 30 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT